33 So.2d 282

**Joe THORNTON v. STATE.**

1 Div. 550.

Court of Appeals of Alabama.
Nov. 18, 1947.

D. R. Coley, Jr., of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

■

32 So.2d 183

**John THORNTON v. STATE.**

6 Div. 323.

Court of Appeals of Alabama.
March 25, 1947.

Pennington & Tweedy, of Jasper, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

■

33 So.2d 283

**Crawford, alias Booster, TROTMAN v. STATE.**

4 Div. 19.

Court of Appeals of Alabama.
Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

■

32 So.2d 187

**Dan TURBYFILL v. STATE.**

8 Div. 583.

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

■

32 So.2d 183

**Pink TURBYFILL v. STATE.**

8 Div. 588.

Court of Appeals of Alabama.
May 27, 1947.

Rehearing Stricken June 10, 1947.

H. H. Hamilton, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

■

32 So.2d 187

**Elizabeth TURNER v. STATE.**

6 Div. 389.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.